**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01632-CV

### IN RE EDWIN TYLER SORENSEN, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-1889-R**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/     LANA MYERS
          JUSTICE